■ In the Matter of the Accounting of KALMAN GROSSFELD et al., as Executors of OSIAS GROSSFELD, Deceased. ELSIE GROSSFELD, Appellant; KALMAN GROSSFELD et al., Respondents.— Order unanimously affirmed, with

$20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.